UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIV. NO. 13-2647 (DSD/JSM)

YING XIONG, CHOUA VUE,

ORDER

Plaintiffs,

v.

EVERBANK, FSB, et.al.

Defendants.

The above matter came before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated June 23, 2014.  No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendations of the Magistrate Judge and upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Defendants' Motion to Dismiss [Docket No. 6] is **GRANTED**.

2. This matter is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 15, 2014                                s/David S. Doty
                                                     David S. Doty, Judge
                                                     United States District Court